**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
JOSHUA HUDSON,

                    Plaintiff,

          -against-

BIZ MAVEN INC.,

                    Defendant.
-----------------------------------------------------------------X

                        **25 Civ. No. 7330 (JMF)**

                        **<ins>PRE-SETTLEMENT</ins>**
                        **<ins>CONFERENCE ORDER</ins>**

**GARY STEIN, United States Magistrate Judge:**

      This action is scheduled for a Pre-Settlement Conference Call on **<ins>Thursday, May 21, 2026 at 2:00 p.m.</ins>**, to discuss the scheduling of and preparation for a Settlement Conference. The parties are directed to consult the undersigned's Settlement Conference Procedures, available at https://nysd.uscourts.gov/hon-gary-stein.  Counsel are directed to join the conference via Microsoft Teams at the scheduled time.  **Please dial (646) 453-4442, Access Code: 172 241 7#.**  Prior to the call, counsel are directed to confer with each other and their clients so that, during the call, they can propose three mutually convenient dates for a Settlement Conference.

      **SO ORDERED.**

DATED:    New York, New York
           May 15, 2026

                           _____
                           The Honorable Gary Stein
                           United States Magistrate Judge